UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24828-COOKE/GOODMAN

TONJA NIXON,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 30, regarding the unopposed motion for bill of costs, ECF No. 29.

In his R&R, Judge Goodman recommends that I grant in part and deny in part the motion. ECF No. 30 at 14. Additionally Judge Goodman recommends that the Court order Plaintiff to complete under oath Florida Rule of Civil Procedure Form 1.977. The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed the motion for bill of costs, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion for bill of costs, ECF No. 29, is **GRANTED IN PART AND DENIED IN PART**. The Court will award Defendant Miami-Dade County $2,024.50 in taxable costs, plus interest from the date of the final judgment. Plaintiff is also **ORDERED** to complete under oath Florida Rule of Civil Procedure Form 1.977.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of April 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*